UVALDE ASPHALT PAVING COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Uvalde Asphalt Paving Co.* v. *City of New York,* 128 App. Div. 210, affirmed.
(Argued March 4, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1908, modifying, and affirming as modified, a

judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover for an alleged breach of contract.

*Francis K. Pendleton,* Corporation Counsel (*Terence Farley* and *Theodore Connoly* of counsel), for appellant.

*Edward M. Grout* and *James F. McKinney* for ·respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.